ADAM G. GASNER (SBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA  94102
Telephone:   415-782-6000
Facsimile:    415-782-6011
E-Mail:         adam@gasnerlaw.com

Attorney for Defendant
FRANCISCO MANUEL CARRASCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEITH RAMON MAYFIELD, et al.,<br><br>Defendants. | Case No. 15-CR-00290 PJH<br><br>**STIPULATION TO MODIFY DEFENDANT FRANCISCO MANUEL CARRASCO'S U.S. PRETRIAL SERVICES RELEASE ORDER**<br><br>**& [PROPOSED] ORDER** |

The parties stipulate as follows:

1. Defendant FRANCISCO MANUEL CARRASCO may be granted the following modification to his U.S. Pretrial Services Release Order: Mr. Carrasco is subject to a daily curfew period between 10:00 PM and 7:00 AM.

2. Any exception to the curfew directive will require the prior approval of U.S. Pretrial Services.

-1-
**STIPULATION TO MODIFY
DEFENDANT'S U.S. PRETRIAL SERVICES
RELEASE ORDER & [PROPOSED] ORDER
15-CR-00290 PJH**

3. Lee Osborn Williams, Sr. has affirmed that he shall remain as surety on Mr. Carrasco's bond, affirming the above modification to the pretrial release order.

4. U.S. Pretrial Services has no objection.

5. The Office of the U.S. Attorney has no objection.

DATED: May 27, 2016

_____
Lee Osborne Williams, Sr.
Surety

DATED: May 27, 2016

/s/ Adam Gasner
Adam G. Gasner, Esq.
Attorney for Defendant
FRANCISCO MANUEL CARRASCO

DATED: May 27, 2016

/s/ Garth Hire
Garth Hire, Esq.
Attorney for Plaintiff
UNITED STATES OF AMERICA

-2-

STIPULATION TO MODIFY
DEFENDANT'S U.S. PRETRIAL SERVICES
RELEASE ORDER & [PROPOSED] ORDER
15-CR-00290 PJH

**ORDER**

FOR GOOD CAUSE SHOWN,

It is hereby ordered that Mr. Carrasco's U.S. Pretrial Services Release Order shall be modified such that he be subject to a daily curfew period between 10:00 PM and 7:00 AM. Any exception to the curfew directive shall come with the prior approval of U.S. Pretrial Services.

Affirming the above modification to the Release Order, Lee Osborn Williams, Sr. shall remain surety on defendant Carrasco's bond.

DATED: 6/2/16

_____
HON. KANDIS A. WESTMORE
U.S. MAGISTRATE JUDGE