ADAM G. GASNER (SBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA  94102
Telephone:   415-782-6000
Facsimile:   415-782-6011
E-Mail:      adam@gasnerlaw.com

Attorney for Defendant
FRANCISCO MANUEL CARRASCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANCISCO MANUEL CARRASCO,<br><br>    Defendant. | Case No. 15-CR-00290 PJH<br><br>**STIPULATION & [PROPOSED] ORDER TO AMEND DEFENDANT'S BOND CONDITIONS** |

The parties stipulate as follows:

1. Having demonstrated compliance with all pretrial release conditions since his December 23, 2015 release from custody on bond, defendant FRANCISCO MANUEL CARRASCO's electronic location monitoring condition may be deleted from his pretrial Release Order.

2. U.S. Pretrial Services has no objection.

3. The Office of the U.S. Attorney has no objection.

-1-
**STIPULATION & [PROPOSED] ORDER
TO AMEND DEFENDANT'S BOND CONDITIONS
15-CR-00290 PJH**

DATED: August 17, 2016

      /s/ *Adam Gasner*
Adam G. Gasner, Esq.
Attorney for Defendant
FRANCISCO MANUEL CARRASCO

DATED:  August 17, 2016

      /s/ *Garth Hire*
Garth Hire, Esq.
Attorney for Plaintiff
UNITED STATES OF AMERICA

## **ORDER**

FOR GOOD CAUSE SHOWN,

It is hereby ordered that the electronic location monitoring condition of defendant FRANCISCO MANUEL CARRASCO's pretrial Release Order shall be deleted.

DATED: 8/19/16

_____
HON. KANDIS A. WESTMORE
U.S. MAGISTRATE JUDGE

-2-

**STIPULATION & [PROPOSED] ORDER
TO AMEND DEFENDANT'S BOND CONDITIONS
15-CR-00290 PJH**