ADAM G. GASNER (SBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA  94102
Telephone:	415-782-6000
Facsimile:	415-782-6011
E-Mail:	adam@gasnerlaw.com

Attorney for Defendant
FRANCISCO MANUEL CARRASCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO MANUEL CARRASCO,<br><br>Defendant. | Case No. 15-CR-00290 PJH<br><br>**STIPULATION PERMITTING TRAVEL &**<br><br>[~~PROPOSED~~] **ORDER** |

The parties stipulate as follows:

1. Defendant FRANCISCO MANUEL CARRASCO wishes permission to travel out of the Northern District of California to Dixon, California in the Eastern District of California to attend the burial of his deceased grandfather at the Sacramento Valley National Cemetery (5810 Midway Road, Dixon, CA 95620) on the morning of Friday, January 13, 2017. Mr. Carrasco will drive to the cemetery with his family. The service will be brief and he will return to his home in the Northern District that day.

2. U.S. Pretrial Services has no objection.

3. The Office of the U.S. Attorney has no objection.

DATED: January 10, 2017

        /s/ *Adam Gasner*  
Adam G. Gasner, Esq.  
Attorney for Defendant  
FRANCISCO MANUEL CARRASCO

DATED: January 10, 2017

        /s/ *Garth Hire*  
Garth Hire, Esq.  
Attorney for Plaintiff  
UNITED STATES OF AMERICA

## ORDER

FOR GOOD CAUSE SHOWN,

It is hereby ordered that Mr. Carrasco shall be permitted to travel out of the Northern District of California to Dixon, California in the Eastern District of California to attend the burial of his deceased grandfather at the Sacramento Valley National Cemetery (5810 Midway Road, Dixon, CA 95620) on the morning of Friday, January 13, 2017.

DATED: January 12, 2017

*Kandis Westmore*  
HON. KANDIS A. WESTMORE  
U.S. MAGISTRATE JUDGE