1  ADAM G. GASNER (SBN 201234)
   Law Chambers Building
2  345 Franklin Street
   San Francisco, CA  94102
3  Telephone:    415-782-6000
   Facsimile:    415-782-6011
4  E-Mail:       adam@gasnerlaw.com

5  Attorney for Defendant
6  FRANCISCO MANUEL CARRASCO

7

8

9          IN THE UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                 OAKLAND DIVISION

12

13  UNITED STATES OF AMERICA,          Case No. 15-CR-00290 PJH

14         Plaintiff,

15     vs.                             **STIPULATION PERMITTING
                                       TRAVEL &**
16
                                       **[PROPOSED] ORDER**
17  FRANCISCO MANUEL CARRASCO,

18         Defendant.

19

20     The parties stipulate as follows:

21
22     1.   Defendant FRANCISCO MANUEL CARRASCO may be allowed permission to

23         travel out of the Northern District of California, by air, to Anaheim and Universal City,

24         California, in the Central District of California, for a family trip to Disneyland and

25         Universal Studios in celebration of Mr. Carrasco's and his daughter's birthdays. Mr.

26         Carrasco's trip will extend from Wednesday, August 23, 2017 to Saturday, August 26,

27         2017.

28

GASNER CRIMINAL LAW
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102

1

2.   U.S. Pretrial Services has no objection.

3.   The Office of the U.S. Attorney has no objection.


DATED: August 14, 2017

__/s/ *Adam Gasner* _____
Adam G. Gasner, Esq.
Attorney for Defendant
FRANCISCO MANUEL CARRASCO


DATED:  August 14, 2017

__/s/_*Garth Hire* _____
Garth Hire, Esq.
Attorney for Plaintiff
UNITED STATES OF AMERICA

## ORDER

FOR GOOD CAUSE SHOWN,

It is hereby ordered that Mr. Carrasco shall be permitted to travel out of the Northern District

of California, by air, to Anaheim and Universal City, California, in the Central District of California,

for a family trip to Disneyland and Universal Studios in celebration of Mr. Carrasco's and his

daughter's birthdays. Mr. Carrasco's trip shall extend from Wednesday, August 23, 2017 to Saturday,

August 26, 2017.


DATED:  August __15____, 2017

_____
HON. KANDIS A. WESTMORE
U.S. MAGISTRATE JUDGE

2