UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

    v.

FRANCISCO MANUEL CARRASCO,

        Defendant.

Case No. 15-cr-00290-PJH-12

**ORDER FOR PRETRIAL PREPARATION FOR CRIMINAL JURY TRIAL**

Good cause appearing, it is hereby ordered that:

1.     TRIAL DATE

    a.     Jury trial will begin on September 17, 2018, at 8:30 a.m., in Courtroom 3, 3rd Floor, 1301 Clay Street, Oakland, California.

    b.     The length of trial will not be more than 8 days.

2.     DISCOVERY

Both sides shall comply with the Federal Rules of Criminal Procedure, and the United States shall comply with *Brady v. Maryland,* 373 U.S. 83 (1963) and *United States v. Bagley,* 473 U.S. 667 (1985).

3.     PRETRIAL CONFERENCE

    a.     A pretrial conference will be held on September 5, 2018, at 2:30 p.m., in Courtroom 3, 3rd Floor. The attorneys who will try the case shall attend the conference and be prepared to discuss the matters set forth in Criminal Local Rule 17.1-1.

    b.     Not less than 14 days prior to the pretrial conference, counsel shall comply with Crim. L. R. 17.1-1(b) and shall file pretrial statements. In lieu of trial briefs, the court requires objections to proposed jury instructions. If a party believes a trial brief

is necessary, it should seek leave of court no later than 28 days before the pretrial conference to file one; if leave is granted, the trial brief will be filed 14 days prior to the pretrial conference.

        c.     Not less than 14 days prior to the pretrial conference motions in limine shall be filed and noticed for hearing at the conference. Usually five or fewer motions per side is sufficient. Each motion should address a single topic and all five motions shall be contained in a single brief not exceeding twenty-five pages. Leave of court is required to file more than five motions or to exceed the page limitations.

        d.     Not less than 7 days prior to the pretrial conference responses to motions in limine, also not to exceed twenty-five pages, shall be filed. No replies are permitted unless requested by the court.

        e.     The attached juror questionnaire will be given to the venire members and copies of the responses will be made available to counsel at the beginning of voir dire. Counsel may submit an agreed upon set of any supplemental questions to be posed by the Court or to be added to the questionnaire. Any voir dire questions on which counsel cannot agree may be submitted separately. Counsel will be allowed brief follow-up voir dire after the Court's questioning. Proposed voir dire questions must be submitted not less than 14 days prior to the date of the pretrial conference.

        f.     Jury instructions 1.1 through 1.11, 2.1 through 2.2, 2.11, 3.1 through 3.9, and 7.1 through 7.6 from the Manual of Model Criminal Jury Instructions for the Ninth Circuit (2010 Edition) will be given absent objection. Counsel shall submit a joint set of these instructions along with a joint set of case specific instructions, using the Ninth Circuit Manual where possible. Any instructions on which counsel cannot agree may be submitted separately. Each requested instruction must be typed in full on a separate page with citations to the authority upon which it is based and a reference to the party submitting it. A second blind copy of each instruction, omitting the citation to authority and the reference to the submitting party, must also be filed. An electronic version of the proposed instructions in Microsoft Word format (.doc or .docx) must be emailed to the

court's proposed order mailbox: pjhpo@cand.uscourts.gov.

      g.     A proposed form of verdict omitting reference to the submitting party shall be filed by each party. Proposed instructions and verdict forms must be submitted not less than 14 days prior to the date of the pretrial conference.

      h.     Jury Selection shall proceed as follows: The Jury Commissioner will summon 35 to 40 prospective jurors. The Courtroom Deputy will select their names at random and seat them in the courtroom in the order in which their names are called. Voir dire will be conducted of sufficient venire members so that twelve (plus a sufficient number for alternates) will remain after all peremptory challenges and an anticipated number of hardship dismissals and cause challenges have been made.

The court will then take cause challenges and discuss hardship claims (which were not previously granted) at side bar. The court will inform counsel which hardship claims and cause challenges will be granted, but will not announce those dismissals until the selection process is completed. Peremptory challenges will be made in writing in accordance with Crim. L. R. 24-2 and 24-3. The court will strike at one time those with meritorious hardship claims, those excused for cause, and those challenged peremptorily, and then seat the first twelve people (plus alternates) remaining in numerical order.

      i.     Courtesy copies of all documents shall be provided for chambers at the time of filing.

**IT IS SO ORDERED.**

Dated: 2/1/18

_____
PHYLLIS J. HAMILTON
United States District Judge

3

## CONFIDENTIAL

## JUROR QUESTIONNAIRE

Please fill out this form as completely as possible and print clearly. This will assist the judge and the lawyers in selecting a jury and will save time for them and for you. Because copies will be made for the attorneys and the judge, do not write on the back of any page. If you need more room, continue at the bottom of the page. Thank you for your cooperation.

1. Your name: _____

2. Your age: _____

3. City in which you reside: _____

4. If you have lived there for fewer than five years, where did you live before:
   _____

5. Your place of birth: _____

6. Do you rent or own your own home? _____

7. Your marital status: (circle one)

   single     married     separated     divorced     widowed     live with partner

8. What is your occupation and how long have you worked in it? (If you are retired, please describe your main occupation when you were working).
   _____
   _____

9. Who is (or was) your employer? _____

10. If you have held this job for fewer than five years, describe your previous job:
    _____

11. Please list the occupations of any adults with whom you live:
    _____

12. If you have children, please list their ages and genders and, if they are employed, please give their occupations.

_____

13. Please describe your education background:

Highest grade completed: _____

College and/or vocational schools you have attended: _____

_____

Major areas of study: _____

14. Have you served in the military? _____

15. Have you, any member of your family, or close friend ever been employed by a law enforcement agency? _____

16. Have you ever had jury experience? _____ No. of times? _____

If yes: State/County Court _____ Federal Court _____

When? _____

Was it a civil or criminal case? _____

Did any of the juries reach a verdict? _____